UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY E. JALOWIEC, | ) | CASE NO. 1:03 CV 0645 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| MARGARET BRADSHAW, Warden, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

This Court, having issued its Memorandum of Opinion and Order denying the Petition for Writ of Habeas Corpus, hereby dismisses this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.


Date: January 31, 2008                    *s/ Donald C. Nugent*
                                          JUDGE DONALD C. NUGENT
                                          UNITED STATES DISTRICT JUDGE